Frank DeCicco, Administrator of Estate of Raymond DeCicco, Deceased, Appellant, v. Joseph Vodrazka, Appellee.

Gen. No. 40,743.

opinion filed December 13, 1939. Hector A. Bouillet, for appellant; Abraham Miller, of counsel; Joseph C. Pisha and Ewart Harris, for appellee. Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. ''Not to be published in full.''

Samuel B. Epstein, Appellee, v. Charles F. Henry et al., Appellants.

Gen. No. 40,780.

opinion filed December 13, 1939. Walter Hamilton, for appellants; McInerney, Epstein & Arvey, for appellee. Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. ''Not to be published in full.''